

**CANTER, S.**

v.

**CAPPONI, A.**

**902 EDA 2016**

Superior Court of Pennsylvania.

04/26/2017

02455, August Term 2008
(Philadelphia)

Vacated/Remanded

**COM.**

v.

**COOPER, A.**

**1080 EDA 2016**

Superior Court of Pennsylvania.

4/26/2017

CP–46–CR–0004711–2014
(Montgomery)

Affirmed

**COM.**

v.

**BARKER, I.**

**1707 EDA 2016**

Superior Court of Pennsylvania.

04/26/2017
Reargument Denied 6/29/2017

CP–39–CR–0003844–2012 (Lehigh)

Affirmed

**IN the INTEREST OF: D.L.F., a Minor**

**2018 EDA 2016**

Superior Court of Pennsylvania.

04/26/2017

CP–09–JV–0000215–2016
(Bucks)

Affirmed

**IN RE: S.N.H.**

**2421 EDA 2016**

Superior Court of Pennsylvania.

04/26/2017

No. 2015–a9032
(Bucks)

Affirmed

